## STONE AND STONE PENSION PLAN ET AL. *v.* PATRICIA MCKENNA ET AL.

The petition of the defendants Ahmed A. Dadi and Patricia McKenna for certification for appeal from the Appellate Court, 40 Conn. App. 936 (AC 14399), is denied.

*Ahmed A. Dadi*, pro se, and *Patricia McKenna*, pro se, in support of the petition.

Decided May 28, 1996

## DONALD E. BRYANT, JR. *v.* HELEN V. BRYANT

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 944 (AC 14682), is denied.

*Donald E. Bryant, Jr.*, pro se, in support of the petition.

Decided May 28, 1996

## DONALD E. BRYANT, JR. *v.* HELEN V. BRYANT

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 944 (AC 14199), is denied.

*Donald E. Bryant, Jr.*, pro se, in support of the petition.

Decided May 28, 1996

## STATE OF CONNECTICUT *v.* MAURICE CORBEIL

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 7 (AC 13990), is granted, limited to the following issue: